IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TITLEMAX OF SOUTH CAROLINA, )
INC., )
                                )
           Petitioner, )
                                )
   v. )          1:20-cv-53
                                )
RAYMOND FOWLER, )
                                )
           Respondent. )

## ORDER

On May 11, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 21, 22.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS ORDERED** that the Clerk's Entry of Default, (Doc. 18), is hereby, set aside.

**IT IS FURTHER ORDERED** that the Parties' Consent Motion to Confirm Arbitration Award and for Judgment, (Doc. 20), is **GRANTED**.

**IS FURTHER ORDERED** that the Arbitration Award, (Doc. 1-4), is **CONFIRMED**, and Judgment shall be **ENTERED** in favor of Titlemax of South Carolina, Inc., consistent with the Arbitration Award,

(Doc. 1-4), such that all claims denied by the Arbitration Award are **DENIED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of November, 2022.

                                     _____
                                         United States District Judge